# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:23−cv−00023−TL

Netlist Inc v. Monolithic Power Systems Inc  
Assigned to: Judge Tana Lin  
Case in other court:  Eastern District of Texas, Marshall, 2:21−cv−00463−JRG  
Cause: Civil Miscellaneous Case

Date Filed: 12/16/2022  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Netlist Inc**     represented by     **Aaron David Weisman**  
FOLIO LAW GROUP PLLC  
1200 WESTLAKE AVE N STE 809  
SEATTLE, WA 98109  
206−880−1802  
Email: aaron.weisman@foliolaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Cristofer Ivan Leffler**  
FOLIO LAW GROUP PLLC  
1200 WESTLAKE AVE N STE 809  
SEATTLE, WA 98109  
206−512−9051  
Email: CRIS.LEFFLER@FOLIOLAW.COM  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Hong Annita Zhong**  
IRELL & MANELLA LLP  
1800 AVE OF THE STARS  
STE 900  
LOS ANGELES, CA 90067−4276  
310−203−7183  
Email: hzhong@irell.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**  
IRELL & MANELLA LLP  
1800 AVE OF THE STARS  
STE 900  
LOS ANGELES, CA 90067−4276  
310−203−7096  
Fax: 310−282−5712  
Email: jsheasby@irell.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Michael Craig Saunders**

        FOLIO LAW GROUP PLLC
        14512 EDGEWATER LN NE
        LAKE FOREST PARK, WA 98155
        814–404–7715
        Email: mike.saunders@foliolaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Thomas C Werner**
        IRELL & MANELLA LLP
        1800 AVE OF THE STARS
        STE 900
        LOS ANGELES, CA 90067–4276
        310–277–1010
        Email: twerner@irell.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monolithic Power Systems Inc**    represented by  **Heath L Hyatt**
        PERKINS COIE (SEA)
        1201 3RD AVE STE 4900
        SEATTLE, WA 98101–3099
        206–359–8000
        Email: hhyatt@perkinscoie.com
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/16/2022 | Ï 1 | PLAINTIFF NETLIST INC'S MOTION to Compel Monolithic Power Systems, Inc to Comply with Subpoena, filed by Plaintiff Netlist Inc. Oral Argument Requested. (Attachments: # 1 PROPOSED Order Granting Plaintiff Netlist Inc.'s Motion to Compel Monolithic Power Systems Inc to Comply with the Subpoena, # 2 Email Requesting Case) Noting Date 1/13/2023 ~~1/6/2023~~. (RE) Modified noting date on 1/9/2023 (LH). (Entered: 12/20/2022) |
| 12/16/2022 | Ï 2 | DECLARATION of Yanan Zhao in Support of Plaintiff Netlist Inc's Motion to Compel Monolithic Power Systems Inc to Comply with Subpoena filed by Plaintiff Netlist Inc re 1 MOTION to Compel. (Attachments: # 1 Exhibit 1– Protective Order, # 2 Exhibit 1– Netlist –Samsung Patent Claims, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14– Subpoena to Testify, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17) (RE) (Entered: 12/20/2022) |
| 12/16/2022 | Ï 3 | **SEALED DOCUMENT** Exhibit 6 by Plaintiff Netlist Inc re 1 MOTION to Compel. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11) (RE) Modified on 12/21/2022 to add document title. (RE) (Entered: 12/20/2022) |
| 12/16/2022 | Ï 4 | PLAINTIFF NETLIST INC'S MOTION to File Documents Under Seal, filed by Plaintiff Netlist Inc. (Attachments: # 1 PROPOSED Order Granting Plaintiff Netlist Inc's Motion to File Documents Under Seal) (RE) (Entered: 12/20/2022) |

| | | |
|---|---|---|
| 12/16/2022 | Ï 5 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1. Filed by Netlist Inc. (RE) (Entered: 12/20/2022) |
| 12/16/2022 | Ï 11 | **SEALED DOCUMENT** Exhibit 10 filed by Plaintiff Netlist Inc re 1 MOTION to Compel. (RE) (Entered: 12/21/2022) |
| 12/16/2022 | Ï 12 | **SEALED DOCUMENT** Exhibit 11 by Plaintiff Netlist Inc re 1 MOTION to Compel. (RE) (Entered: 12/21/2022) |
| 12/20/2022 | Ï 6 | **Notice of Filing Deficiency** re 1 MOTION to Compel. **\*\*\*Action Required\*\*\*** Improper Signature. See attached letter for more information and instructions. Corrected signature page must be filed by 1/3/2023. (RE) (Entered: 12/20/2022) |
| 12/20/2022 | Ï | Miscellaneous Case Filing Fee payment receipt number AWAWDC−7820775 (Weisman, Aaron) (Entered: 12/20/2022) |
| 12/20/2022 | Ï 7 | PRAECIPE to attach document (Corrected Signature Page) re 1 MOTION to Compel by Plaintiff Netlist Inc (Weisman, Aaron) (Entered: 12/20/2022) |
| 12/20/2022 | Ï 8 | APPLICATION OF ATTORNEY Jason G. Sheasby FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Netlist Inc (Fee Paid) Receipt No. AWAWDC−7820877 (Weisman, Aaron) (Entered: 12/20/2022) |
| 12/20/2022 | Ï 9 | APPLICATION OF ATTORNEY Thomas C. Werner FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Netlist Inc (Fee Paid) Receipt No. AWAWDC−7820892 (Weisman, Aaron) (Entered: 12/20/2022) |
| 12/20/2022 | Ï 10 | APPLICATION OF ATTORNEY Hong Annita Zhong FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Netlist Inc (Fee Paid) Receipt No. AWAWDC−7820906 (Weisman, Aaron) (Entered: 12/20/2022) |
| 12/21/2022 | Ï 13 | ORDER granting 4 Plaintiff Netlist Inc's Motion to File Documents Under Seal signed by Judge Robert S. Lasnik. (RE) (Entered: 12/21/2022) |
| 12/22/2022 | Ï 14 | ORDER re 8 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Jason G Sheasby for Plaintiff Netlist Inc by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).* (JWC) (Entered: 12/22/2022) |
| 12/22/2022 | Ï 15 | ORDER re 9 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Thomas C Werner for Plaintiff Netlist Inc by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).* (JWC) (Entered: 12/22/2022) |
| 12/30/2022 | Ï 16 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Hong Annita Zhong for Plaintiff Netlist Inc by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date* |

| | | |
|---|---|---|
| | | *scheduled by the court, pursuant to LCR 83.1(d).* (JWC) (Entered: 12/30/2022) |
| 01/03/2023 | 17 | CERTIFICATE OF SERVICE by Plaintiff Netlist Inc re 3 Sealed Document, 4 MOTION to Seal, 5 Corporate Disclosure Statement, 12 Sealed Document, 9 Application for Leave to Appear Pro Hac Vice, 1 MOTION to Compel, 10 Application for Leave to Appear Pro Hac Vice, 11 Sealed Document, 8 Application for Leave to Appear Pro Hac Vice, 2 Declaration,, (Weisman, Aaron) (Entered: 01/03/2023) |
| 01/03/2023 | 18 | NOTICE of Appearance by attorney Heath L Hyatt on behalf of Defendant Monolithic Power Systems Inc. (Hyatt, Heath) (Entered: 01/03/2023) |
| 01/03/2023 | 19 | RESPONSE, by Defendant Monolithic Power Systems Inc, to 1 MOTION to Compel. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Hyatt, Heath) (Entered: 01/03/2023) |
| 01/03/2023 | 20 | DECLARATION of Heath L. Hyatt filed by Defendant Monolithic Power Systems Inc re 1 MOTION to Compel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hyatt, Heath) (Entered: 01/03/2023) |
| 01/04/2023 | 21 | ORDER re 19 Response to Motion filed by Monolithic Power Systems Inc, 1 MOTION to Compel filed by Netlist Inc. On December 16, 2022, Netlist filed a motion to transfer and/or to compel compliance with a subpoena served on non-party Monolithic Power Systems in an underlying matter pending in the Eastern District of Texas. Monolithic Power Systems has opposed the motion. The Clerk of Court is therefore directed to assign this case a civil action number, signed by Judge Robert S. Lasnik. (RE) (Entered: 01/05/2023) |
| 01/04/2023 | | **MINUTE ENTRY:** Pursuant to defendant's opposition to plaintiff's Motion to Compel in case number 2:22-mc-00108-RSL, and the Court's order to assign a new civil case number, the case has been randomly assigned to the Honorable Tana Lin. The new case number is 2:23-cv-00023-TL. All future pleadings must bear the newly assigned case number. (RE) (Entered: 01/05/2023) |
| 01/06/2023 | 22 | REPLY, filed by Plaintiff Netlist Inc, TO RESPONSE to 1 MOTION to Compel (Saunders, Michael) (Entered: 01/06/2023) |
| 01/06/2023 | 23 | DECLARATION of Yanan Zhao filed by Plaintiff Netlist Inc re 1 MOTION to Compel (Attachments: # 1 Exhibit 1)(Saunders, Michael) (Entered: 01/06/2023) |
| 01/09/2023 | | Noting Date Reset for 1/13/2023 re 1 MOTION to Compel, per the direction of chambers. (LH) (Entered: 01/09/2023) |
| 02/14/2023 | 24 | ORDER Transferring 1 MOTION to Compel Subpoena Compliance. The Court transfers the subpoena-enforcement motion to the issuing court in the Eastern District of Texas. The Clerk of Court is DIRECTED to transfer the motion (Dkt. No. 1 ) for consideration in *Netlist v. Samsung Elecs. Co.*, No. C21-463 (E.D. Tex.) and to close this file. Plaintiff's counsel is DIRECTED to file notice of this Order in the Texas action. Signed by Judge Tana Lin. (LH) (Entered: 02/14/2023) |