# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0055-JRG-RSP |
| | § | |
| MONOLITHIC POWER SYSTEMS, INC. | § | |

## ORDER

Considering Plaintiff's Notice of Withdrawal of the Motion to Compel (Dkt. No. 34), the Clerk of Court is directed to close this case.

**SIGNED this 10th day of April, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE